AP-77,047
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/23/2015 2:17:29 PM
Accepted 11/23/2015 2:18:32 PM
ABEL ACOSTA
CLERK



**SUSAN HAWK**
**CRIMINAL DISTRICT ATTORNEY**
**DALLAS COUNTY, TEXAS**

November 23, 2015

Mr. John Brown, Chief Deputy Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

November 23, 2015

ABEL ACOSTA, CLERK

>        **Re:    Appellate Cause No. AP-77,047;**
>               **Trial Court Cause No. F86-85539;**
>               ***Kenneth Wayne Thomas v. The State of Texas***
>               **\*\*\* DEATH PENALTY CASE \*\*\***

Dear Mr. Brown:

On July 23, 2014, Kenneth Wayne Thomas was sentenced to death for the capital murder of Mildred Finch. An appeal of his conviction is currently pending before the Court.

On December 23, 2014, the Dallas County District Clerk's Office filed a Clerk's Record regarding the Thomas case. This record is incomplete. On October 16, 2015, the undersigned delivered a letter to the District Clerk's Office requesting that a supplemental clerk's record be prepared containing a copy of the punishment jury charge and certain identified motions. On October 21, 2015, the District Clerk's Office prepared a supplemental clerk's record and transmitted that record to the Court. This supplemental record is incomplete. Although it contains the motions identified in my October 16th letter, it does not contain the punishment charge. The punishment charge was subsequently located. On November 2, 2015, the undersigned requested that the District Clerk prepare and transmit a second supplemental record (one containing the punishment charge) to the Court.

Today, the undersigned reviewed the District Clerk's Office online database to determine whether the second supplemental record (one containing the punishment charge) had been transmitted to the Court. It appears that this record has not yet been sent. The undersigned contacted the District Clerk's Criminal Operations Manager and requested yet again that this supplemental record be prepared and sent to the Court.

This letter is sent simply to keep the Court apprised of the undersigned's continued efforts to ensure that a complete record is transmitted to the Court in this case.

If this second supplemental record is not transmitted by Monday, November 30, 2015, the State may request intervention from the Court.

Should you have any questions or concerns please feel free to contact me via telephone or email.

Sincerely,

Christine Womble
Assistant District Attorney
State Bar No. 24035991
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 *fax*
CWomble@dallascounty.org

cc:

John Tatum (via email)
Michael Mowla (via email)